**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| TAVIA WAGNER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 6:20-cv-01711-CEM-GJK |
| DISCOUNT AUTO PARTS, LLC, d/b/a ADVANCE AUTO PARTS, #9186 | ) ) ) |
| Defendant. | ) ) |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, TAVIA WAGNER, and Defendant, DISCOUNT AUTO PARTS, LLC, through their undersigned counsel and pursuant to Local Rule 3.08(a), M.D. Fla., hereby notify the Court that the parties have reached a settlement of all claims in this matter. Upon finalization of the settlement documents, the parties will file a Joint Stipulation for Dismissal with Prejudice.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 22nd day of October, 2020.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF JOE M. QUICK<br>1224 S. Peninsula Drive<br>#619 Daytona Beach, FL 32118<br>Telephone:    (386) 212-3591 | JACKSON LEWIS P.C.<br>390 North Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone:    (407) 246-8440 |
| By:    */s/ Joe M. Quick*<br>        Joe M. Quick<br>        Florida Bar No. 0883794<br>        jmquickesq@gmail.com | By:    */s/ Alicia M. Chiu*<br>        Alicia M. Chiu<br>        Florida Bar No. 0058366<br>        alicia.chiu@jacksonlewis.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

4822-0319-0991, v. 1