**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

|  |  |
|---|---|
| **TAVIA WAGNER,** | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 6:20-cv-01711-CEM-GJK |
| **DISCOUNT AUTO PARTS, LLC,** d/b/a **ADVANCE AUTO PARTS, #9186** | ) |
| Defendant. | ) |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, TAVIA WAGNER, and Defendant, DISCOUNT AUTO PARTS, LLC, by and through their undersigned counsel, hereby stipulate and agree that all claims shall be DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs, except as provided by the Confidential Settlement Agreement.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 29th day of October, 2020.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF JOE M. QUICK<br>1224 S. Peninsula Drive<br>#619 Daytona Beach, FL 32118<br>Telephone:     (386) 212-3591 | JACKSON LEWIS P.C.<br>390 North Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone:     (407) 246-8440 |
| By:    */s/ Joe M. Quick*<br>        Joe M. Quick<br>        Florida Bar No. 0883794<br>        jmquickesq@gmail.com | By:    */s/ Alicia M. Chiu*<br>        Alicia M. Chiu<br>        Florida Bar No. 0058366<br>        alicia.chiu@jacksonlewis.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

4821-3326-4079, v. 1